**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

September 26, 2022

Sean J. Bellew, Esquire
2961 Centerville Rd., Ste. 302
Wilmington, DE 19808

Sean A. Meluney, Esquire
William M. Alleman, Jr., Esquire
Stephen A. Spence, Esquire
1143 Savannah Rd., Suite 3-A
Lewes, DE 19958

RE: *Fetch Interactive Television LLC v. Touchstream Technologies Inc.*, C.A. No. 2017-0637-SG

Counsel:

This letter memorializes the oral rulings made on Defendants' Motion in Limine during the pre-trial conference this afternoon. Regarding Mr. David Strober and Mr. John Burns, the Motion is denied without prejudice to Defendants' right to object to the relevance of those witnesses' testimony at trial. If Mr. Reff Sykes is to testify, he must do so in person and will be limited to rebuttal testimony. In addition, should Plaintiffs intend to call Mr. Sykes, Defendants must be given the opportunity to depose him before trial.

To the extent the foregoing requires an order to take effect, it is SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*

Sam Glasscock III

cc:     All counsel of record (by *File & ServeXpress*)